UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:24-CR-00032-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER TO SEAL** |
| ) | **[Docket Entry 41]** |
| TYLER SAMUEL GODFREY, ) | |
| ) | |
| Defendant. ) | |

Upon Motion of the Defendant, it is hereby ORDERED that Docket Entry Number 41 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

SO ORDERED. This, the __27__ day of __December__, 2024.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT COURT JUDGE